UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

ERIC NARINE,

                Plaintiff,

                              ORDER

   - against -

                              CV 07-657 (ERK)(MDG)

DAVE WEST INDIAN PRODUCTS CORP.,

                Defendant.

- - - - - - - - - - - - - - - - - - X

     Counsel for defendant Dave West Indian Products Corp. failed to participate in a telephone settlement conference scheduled for June 20, 2008 at 10:00 a.m. This date was set at a conference on June 12, 2008 that Charles Whittier, counsel for defendant, attended and set forth in the minute entry for the conference that was electronically filed.

     This Court left a message on the answering machine for the offices of Charles Whittier and has received no response as of the filing of this order. In light of counsel's prior failures to participate in scheduled conferences, Mr. Whittier is sanctioned $100, payable to counsel for plaintiff by July 11, 2008.

     **SO ORDERED.**

Dated:  Brooklyn, New York
       March 28, 2008

                                              /s/
                                             MARILYN D. GO
                                             UNITED STATES MAGISTRATE JUDGE